PATTON, Respondent, v. ATLANTIC COAST ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1899.) Action by Margaret Patton against the Atlantic Coast Electric Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.